CINCINNATI BAR ASSOCIATION *v.* LOWERY.

[Cite as Cincinnati Bar Assn. *v.* Lowery (1991), 58 Ohio St. 3d 72.]

(No. 90-1703—Submitted November 13, 1990—Decided March 13, 1991.)

*Mark J. Jahnke* and *Jon Hoffheimer,* for relator.

*Donald A. Schenck,* for respondent.

*Per Curiam.* We agree with the findings and recommendations of the board. A public reprimand is not an adequate sanction for the code violations with which respondent has been charged. Respondent is hereby suspended from the practice of law for a period of one year, with the final six months of that period suspended pending respondent's successful completion of a six-month period of probation.

Costs taxed to the respondent.

*Judgment accordingly.*

SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent and would suspend respondent from the practice of law for a period of one year.